REQUEST FOR COURT ACTION

**07 CRIM. 807**

| | | |
|---|---|---|
| TO: | James Molinelli<br>Clerk's Office | OFFENSE: <u>1998 Offense: POSSESSION WITH INTENT TO DISTRIBUTE AID AND ABET. 21:841(a)(1)&18:2)</u><br><br><u>2001 Offense: POSSESSION OF CONTRABAND IN FEDERAL CORRECTIONAL FACILITY. (18:179)</u> |
| FROM: | <u>Frankelis, Thomas A.</u><br>U.S. Probation Officer | SPEC. CONDITIONS: <u>1998 Offense: The defendant shall participate as directed and approved by the probation officer for treatment of narcotic addiction, drug dependency, or alcohol dependency, which includes urinalysis or other drug detection measures and which may require residence and/or participation in a residential treatment facility. The defendant may be required to pay costs as directed by the Probation Officer.</u><br><br><u>This judgment includes an offense committed on or after September 13, 1994. Therefore, the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as directed by the Probation Officer.</u><br><br><u>2001 Offense: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of four (4) months. The term of imprisonment imposed by this judgment shall run consecutively to the defendant's imprisonment under any previous state or federal sentence. The Court finds that the defendant does not have the ability to pay a fine. The Court will waive the fine in this case.</u><br><br><u>The defendant shall remain in custody pending service of sentence.</u> |



RE:    **PALACIO, Rodney Rogers**
       <u>Dkt No.: 3:97CR00262-008</u>

DATE OF SENTENCE: Original Offense:
March 5, 1998;  Re-sentenced September 14, 2001
DATE:    August 22, 2007

PALACIO, Rodney Roger                                                    P19996-TF
Docket No.: 3:97 CR00262-008

ATTACHMENTS:    PSI X    JUDGMENT X
FOR:   COURT DIRECTION   X
_____

### *Request for Acceptance of Jurisdiction*

This offender was originally sentenced in the Eastern District of Virginia on March 5, 1998, as outlined above. He was re-sentenced on September 14, 2001. He was released from custody on April 26, 2007 to commence his supervised release term. On July 19, 2007, the Eastern District of Virginia initiated a transfer of jurisdiction with their Court, based on his permanent residence in this district.

Enclosed please find Probation Form(s) 22 signed on July 19, 2007 by the Honorable Richard L. William, U.S. District Judge for the Eastern District of Virginia, ordering that their Court records be transferred to the Southern District of New York, upon this Court's acceptance of jurisdiction.

We respectfully request that the Court consider accepting the transfer of jurisdiction in this matter. If the Court is in agreement with this recommendation, we ask that both of the attached form(s), Probation 22, be endorsed and returned to our office.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
    Thomas A. Frankelis
    U.S. Probation Officer
    212-805-5162

  /dg
Enclosures (2)

Approved By: _____
             Avriel G. George          Date
             Supervising U.S. Probation Officer

  /dg
Enclosures